**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

In re:   Dan L. Harmon

     Julia A. Harmon

                Debtor(s)

Case No. 12-61896

Chapter 13

CERTIFICATION

Now comes, Richard J. Oulton, counsel for the Debtors and hereby certifies that there is No Need to file a modified plan in this case.

Respectfully submitted,
Dan L. Harmon
Julia A. Harmon
By: /s/ Richard J. Oulton
      Richard J. Oulton, VSB#29640
      America Law Group, Inc.
      2312 Boulevard
      Colonial Heights, VA 23834
      Phone: (804) 506-0177
      Fax: (804) 518-5121

CERTIFICATE

I hereby certify that a true copy of the foregoing Certification was sent by EM/ECF electronic transmission on  May 12, 2015   to  Herbert Beskin, Chapter 13 Trustee, P.O. Box 2103, Charlottesville, VA 22902-2103,  and the US Trustee at 210 Church Avenue, SW, Roanoke, VA 24011 and the below creditors and interested parties.

/s/ Richard J. Oulton